**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Brian Sandel, | Case No. 04-CV-4806 (MJD/JGL) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Quorum Litigation Services, | |
| Defendant. | |

---

This matter came before the Honorable Michael J. Davis, United States District Judge, upon the Stipulation for Dismissal With Prejudice executed by all parties, Docket No. 28.

Based on all the files and records before me:

IT IS HEREBY ORDERED that this case is dismissed with prejudice, on the merits, and without an award of costs or attorneys' fees to either party.

Dated: September 15, 2005

BY THE COURT:

s/ Michael J. Davis
Michael J. Davis
United States District Judge